# EXHIBIT 1

## Legal Description

A.P.N.: 5532-002-006

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

LOT 36 OF TRACT NO. 2498 AS PER MAP RECORDED IN BOOK 24, PAGE 44 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, CALIFORNIA.