# **EXHIBIT 4**

Creative Investment Group Inc.
2400 W. Magnolia Blvd.
Burbank, California 91506
(818)841-2400

Date: July 16, 2021

Re: Rene DeBlanco
    1223 N. June Street
    Los Angeles, CA

| | |
|---|---|
| Balance of Loan | $ 154,920.10 |
| Interest through June 9, 2021 | $ 23,968.50 |
| Accrued Late Charges | $ 2,958.06 |
| Foreclosure Costs | $ 2,865.00 |
| Total due to thru June 9, 2021 | $ 184,711.66 |
| Interest from June 10, 2021 thru July 16, 2021 | $2,038.70 |
| Additional foreclosure costs | $ 140.00 |
| Total due thru July 16, 2021 | $186,890.36 |