# **EXHIBIT 5**

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
1223 N June St
Los Angeles, CA 90038
See attached property detail

### FOR
Fundamentalrate
800 Airport Blvd
Burlingame, CA 94010

### AS OF
03/27/2019

### BY
Mike Bonasoro
Elite Appraisal Group
PO Box 3432
Newport Beach, CA 92659
714-323-2550
mike@elite-appraisals.biz

# Uniform Residential Appraisal Report
File # FR1223

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Field | Value |
|---|---|
| Property Address | 1223 N June St |
| City | Los Angeles |
| State | CA |
| Zip Code | 90038 |
| Borrower | DeBlanco |
| Owner of Public Record | DeBlanco |
| County | Los Angeles |
| Legal Description | See attached property detail |
| Assessor's Parcel # | 5532-002-006 |
| Tax Year | 2018 |
| R.E. Taxes $ | 11,796 |
| Neighborhood Name | Hollywood |
| Map Reference | NA |
| Census Tract | 1919.01 |
| Occupant | ☒ Tenant |
| Special Assessments $ | 0 |
| PUD | ☐ |
| HOA $ | 0 |
| Property Rights Appraised | ☒ Fee Simple |
| Assignment Type | ☒ Refinance Transaction |
| Lender/Client | Fundamentalrate |
| Address | 800 Airport Blvd, Burlingame, CA 94010 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). RealQuest/MLS

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ ___ Date of Contract ___ Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) ___

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

### Neighborhood

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | PRICE | AGE | One-Unit | 80% |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 5% |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 900 Low 0 | | Multi-Family | 5% |
| | | | | 1,600 High 120 | | Commercial | 10% |
| | | | | 1,200 Pred. 80 | | Other | 0% |

Neighborhood Boundaries: Sunset Blvd to the north, Melrose Ave to the south, N La Brea Ave to the west and Vine St to the east.

Neighborhood Description: The subject is located in the Hollywood area of Los Angeles. The neighborhood is a residential area, composed of single family homes showing similar age and quality with some multi family and commercial properties in surrounding area. The neighborhood appears to have reasonable access to schools, places of worship, employment, shopping, public transportation, freeway access and supporting services. Los Angeles Unified School District.

Market Conditions (including support for the above conclusions): Market conditions appear average, with marketing time being less than 3 months, if property listed. Conventional/FHA/VA financing is all evident in this area. Values have been in a stable state over the past 12 months, therefore the market area has been marked stable.

### Site

| Field | Value |
|---|---|
| Dimensions | See Attached Plat Map |
| Area | 5120 sf |
| Shape | Rectangular |
| View | N;Res; |
| Specific Zoning Classification | RD1.5-1XL |
| Zoning Description | Low Medium II Residential |
| Zoning Compliance | ☒ Legal |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No
If No, describe: The subject's highest and best use is it's current use which is conforming to current zoning.

Utilities: Electricity Public ☒ ; Gas Public ☒ ; Water Public ☒ ; Sanitary Sewer Public ☒
Off-site Improvements: Street Asphalt Public ☒ ; Alley None

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 06037C1605F    FEMA Map Date 09/26/2008

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No

Are there any adverse site conditions or external factors? ☐ Yes ☒ No
None noted. The appraiser has no special expertise regarding environmental hazards and this report must not be considered as an environmental assessment of the property. I have not checked the records for recorded easements, and have reported only apparent easements, encroachments, and other apparent adverse conditions.

### Improvements

| General | Foundation | Exterior |
|---|---|---|
| Units ☒ One | Concrete Slab ☐ / Crawl Space ☒ | Foundation Walls Concrete/Good |
| # of Stories 1 | Full Basement ☐ / Partial Basement ☐ | Exterior Walls Stucco/Siding/Good |
| Type ☒ Det. | Basement Area 0 sq.ft. | Roof Surface Composition/Good |
| ☒ Existing | Basement Finish 0 % | Gutters & Downspouts None |
| Design (Style) Traditional | Outside Entry/Exit ☐ / Sump Pump ☐ | Window Type Vinyl/Good |
| Year Built 1915 | Evidence of: Infestation None noted | Storm Sash/Insulated Insulated/Good |
| Effective Age (Yrs) 20 | Dampness ☐ / Settlement ☐ | Screens Nylon/Good |

| Interior | | Amenities | Car Storage |
|---|---|---|---|
| Floors Wd/Laminate/Good | Attic None | Fireplace(s) # 0 | ☒ Driveway # of Cars 2 |
| Walls Drywall/Good | Heating ☒ FWA Fuel Gas | Fence Wood | Driveway Surface Concrete |
| Trim/Finish Painted/Good | Cooling ☒ Central Air Conditioning | Patio/Deck Conc. | ☒ Garage # of Cars 2 |
| Bath Floor Tile/Good | | Porch Covered | Carport # of Cars 0 |
| Bath Wainscot Tile/Good | | Pool None | Att. ☐ / Det. ☒ / Built-in ☐ |

Appliances: ☐ Refrigerator ☐ Range/Oven ☐ Dishwasher ☐ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other

Finished area above grade contains: 5 Rooms  2 Bedrooms  2.0 Bath(s)  1,160 Square Feet of Gross Living Area Above Grade

Additional features: The subject is insulated. The home has smoke detectors.

Describe the condition of the property: C3;No updates in the prior 15 years; The subject is in good overall condition. See photo addendum. The kitchen is awaiting installation of new counter tops and appliances. Estimated cost to install counter is $2,000 per owner. All materials have been ordered per owner.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
There were no apparent physical deficiencies or adverse conditions observed that would adversely affect the livability, soundness, or structural integrity of the subject property.

Does the property generally conform to the neighborhood? ☒ Yes ☐ No
The subject property appears compatible and conforming to the subject neighborhood.

# Uniform Residential Appraisal Report

File # FR1223

There are 3 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 1,149,000 to $ 1,479,000
There are 10 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 1,175,000 to $ 1,540,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjustment | COMPARABLE SALE # 2 | +(-) $ Adjustment | COMPARABLE SALE # 3 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 1223 N June St, Los Angeles, CA 90038 | 853 N June St, Los Angeles, CA 90038 | | 714 N Las Palmas Ave, Los Angeles, CA 90038 | | 806 N Cherokee Ave, Los Angeles, CA 90038 | |
| Proximity to Subject | | 0.45 miles S | | 0.65 miles S | | 0.53 miles S | |
| Sale Price | $ | $ 1,245,000 | | $ 1,215,000 | | $ 1,300,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 1185.71 sq.ft. | | $ 994.27 sq.ft. | | $ 791.72 sq.ft. | |
| Data Source(s) | | MLS#19428296;DOM 1 | | MLS#18356604;DOM 13 | | MLS#19427256;DOM 0 | |
| Verification Source(s) | | RealQuest#225817 | | RealQuest#716624 | | RealQuest#140245 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;0 | |
| Date of Sale/Time | | s03/19;c01/19 | | s07/18;c06/18 | | s02/19;c01/19 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 5120 sf | 6349 sf | -6,000 | 5080 sf | 0 | 6350 sf | -6,000 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Traditional | DT1;Spanish | 0 | DT1;Spanish | 0 | DT1;Spanish | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 104 | 97 | 0 | 96 | 0 | 93 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 5 / Bdrms 2 / Baths 2.0 | Total 5 / Bdrms 3 / Baths 1.0 | -10,000 / +10,000 | Total 5 / Bdrms 2 / Baths 1.0 | 0 / +10,000 | Total 5 / Bdrms 3 / Baths 2.0 | -10,000 / 0 |
| Gross Living Area | 1,160 sq.ft. | 1,050 sq.ft. | +10,000 | 1,222 sq.ft. | 0 | 1,642 sq.ft. | -49,000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/CAC | Wall/None | +5,000 | FAU/CAC | | FAU/CAC | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2gd2dw | 2gd2dw | | 1gd1dw | +5,000 | 2gd2dw | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 9,000 | ☒ + ☐ - | $ 15,000 | ☐ + ☒ - | $ -65,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.7 % Gross Adj. 3.3 % | $ 1,254,000 | Net Adj. 1.2 % Gross Adj. 1.2 % | $ 1,230,000 | Net Adj. 5.0 % Gross Adj. 5.0 % | $ 1,235,000 |

☒ I did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    The sales history of the subject property and of the comparables was reviewed.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    RealQuest/MLS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    RealQuest/MLS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | RealQuest/MLS | RealQuest/MLS | RealQuest/MLS | RealQuest/MLS |
| Effective Date of Data Source(s) | 03/27/2019 | 03/27/2019 | 03/27/2019 | 03/27/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales    There have been no previous transfers or listings on the subject property in the past 36 months. There have been no previous transfers on the comparables in the past 12 months.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $ 1,235,000
Indicated Value by: Sales Comparison Approach $ 1,235,000    Cost Approach (if developed) $ 1,235,897    Income Approach (if developed) $ 0

The sales comparison approach is the best indication of value in the present market, given the intended use, property characteristics, and type of value sought. The cost approach is supportive to value. The income approach to value was neither applicable nor necessary to produce credible result in this assignment and was not preformed.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: There were no conditions noted.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 1,235,000, as of 03/27/2019, which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

File # FR1223

**1) SUBJECT NEIGHBORHOOD:** The subject is located in the Hollywood area of Los Angeles. The neighborhood is a residential area, composed of single family homes showing similar age and quality with some multi family and commercial properties in surrounding area. The neighborhood appears to have reasonable access to schools, places of worship, employment, shopping, public transportation, freeway access and supporting services. Los Angeles Unified School District.

**2) SUBJECT SITE:** The subject site appears typical and conforming in size and topography, landscaping, and maintenance, to the surrounding properties in the neighborhood. The subject site is level and is typical in size, landscaped front and rear, and is accessed from a publicly maintained road. The site is zoned single family use, considered legal and conforming.

**3) SUBJECT CONDITION OF IMPROVEMENTS:** The extent of upgrading done to the subject property will directly have an affect on the effective age.

**4) HYPOTHETICAL CONDITION:** None noted.

**5) EXTRAORDINARY ASSUMPTION:** The appraiser reserves the right to amend this report, including, but not limited to the final value estimate of value and condition ratings, should any extraordinary assumptions information and data provided within this report or by third party sources prove to be inaccurate at a later date. The appraiser also reserves the right to amend this report in its entirety should any of the recommended inspections results in conditions that are contrary to the assumptions or statements made within this report.

**6) SALES COMPARISON APPROACH :** The Sales Comparison approach is the main supporter of value. It is primarily based on sales of similar type properties in the subjects area, this is known as the Principle Of Substitution. Adjustments are made for the differences in the comparables, compared to the subject property and are based upon paired sales analysis. This determines what the market would return in value, of that particular difference, or possible amenity, to the subject property. This is known as the Principle Of Contribution. The weight was given to the most comparable sale or sales, as noted in the report.

**7) COST APPROACH:** The Cost Approach is based upon the present cost to replace the building another building having the same utility. Physical depreciation, functional and external obsolescence will be considered in the valuation process. The effective age of the property will be considered in correlation with the years of remaining economic life. The Cost Approach should be considered supportive to the Market Approach.

**8) INCOME APPROACH** The income approach to value was neither applicable nor necessary to produce credible result in this assignment and was not preformed.

**9) FINAL RECONCILIATION:** After reviewing and analyzing all three approaches, The Market Approach, Cost Approach, and The Income Approach, The Sales Comparison Approach was determined to be the strongest supporter of value. The cost approach to value was neither applicable nor necessary to produce credible results in this assignment and was not performed. The Income Approach was considered to be not applicable for this type of property, due to the predominant owner occupancy, and lack of rental data.

As of the date of this report, I the signing Licensed Real Estate Appraiser, has completed the minimum requirements of continuing education, and in accordance with the Competency Provision of USPAP, certify that my knowledge and experience are sufficient to allow me to complete this appraisal assignment.

Digital Signature: This report has been digitally signed by the licensed appraiser. If there is any unauthorized use of this report, or my signature, this report will no longer be valid.

According to USPAP, any appraiser who has completed a prior service within the previous three years to the subject property, must disclose the type and extent of such service. I have NOT provided a previous service and/or performed an appraisal on the subject property within the past three years.

The appraiser assumes that all information provided within this report is correct. The appraiser reserves the right to amend this report, including but not limited to the final value estimate and condition ratings, should any extraordinary assumptions, hypothetical conditions, assumptions, and/or data prove to be inaccurate at a later date.

---

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) Most land available for development in this area is already developed. Therefore, the abstraction method was used for estimating land value, as actual land sales are very few or not available at all. This is considered typical for this type of property and market area.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ 1,004,000 |
|---|---|---|---|
| Source of cost data    Marshall Swift | DWELLING    1,160 Sq.Ft. @ $ | 250.00 | =$ 290,000 |
| Quality rating from cost service   Good    Effective date of cost data   2019 | 0 Sq.Ft. @ $ | | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | =$ |
| 1) Gross living area calculations were based on physical measurements. | Garage/Carport   252 Sq.Ft. @ $ | 50.00 | =$ 12,600 |
| | Total Estimate of Cost-New | | =$ 302,600 |
| 2) The economic life is estimated at 75 years. The remaining economic life is based on the effective age of the subject property. | Less   Physical   Functional   External | | |
| | Depreciation   80,703 | | =$( 80,703) |
| 3) Functional Obsolescence: None noted | Depreciated Cost of Improvements | | =$ 221,897 |
| 4) External Obsolescence: None noted | "As-is" Value of Site Improvements | | =$ 10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   55 Years | INDICATED VALUE BY COST APPROACH | | =$ 1,235,897 |

Estimated Monthly Market Rent $ _____  X Gross Rent Multiplier _____  = $ _____  Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM)

---

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s) ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.