John J. Menchaca, Trustee
835 Wilshire Blvd., Suite 300
Los Angeles, CA 90017
Telephone: (213) 683-0349
Facsimile: (213) 261-4425
Email: igaeta@menchacacpa.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re:** | Case No. 2:21-BK-14776-WB |
| **BLANCAS DE BLANCO, RENE JOSEPH** | Chapter 7 |
| Debtor(s). | **NOTICE OF (1) CONDUCTING OF CONTINUED §341(a) MEETING OF CREDITORS BY ZOOM**<br><br>**Date: September 16, 2021**<br>**Time: 11:00 a.m.**<br>**Place: Zoom Meeting** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY, AND ALL INTERESTED PARTIES:**

You are hereby notified that the Continued Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter scheduled for **September 16, 2021** at **11:00 a.m.,** will now take place by **ZOOM**.

Your matter was continued for the following:

**You failed to appear at the 341(a) Meeting of Creditors previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, a motion to dismiss your case will be filed by the Trustee.**

Case 2:21-bk-14776-WB    Doc 31    Filed 09/11/21    Entered 09/11/21 20:10:29    Desc
Main Document    Page 2 of 4

All parties are encouraged to familiarize themselves with how to join a meeting at https://support.zoom.us/hc/en-us/articles/201362193-Joining-a-Meeting and using Zoom at https://zoom.us/

**PLEASE TAKE FURTHER NOTICE THAT** to join the Zoom meeting, parties should use the following url link, meeting ID, passcode and, if joining by telephone, the following telephone number(s):

John Menchaca is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/89690107992?pwd=UHlGc254bHlCd240WmVmWFV4cEdtQT09

Meeting ID: 896 9010 7992
Passcode: 232690
One tap mobile
+16699006833,,89690107992#,,,,*232690# US (San Jose)
+12532158782,,89690107992#,,,,*232690# US (Tacoma)

Dial by your location
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
Meeting ID: 896 9010 7992
Passcode: 232690

Find your local number: https://us02web.zoom.us/u/kbyLcVIfrR

After you join the meeting, please rename the "participant" with the **last name and the 7-digit case number** you are appearing on (e.g. Smith; 20-12345). This will make it easier for the Trustee to determine which participants are in the waiting room and when to admit them into the video room.

All participants (debtors, attorneys, creditors) must join the meeting at least 10 minutes prior to their scheduled time and wait in the virtual waiting room. Each debtor(s) and their attorney (if applicable) will be brought into the 341a virtual meeting room by the Trustee or his staff before their matter is called and their examination taken. We will do our best to give you advance notice while you are waiting in the virtual meeting room so please monitor the "chat" comments while you wait.

***Please contact trustee's office, by email to igaeta@menchacacpa.com, one week prior to the continued date whether appearance will be required.***

DATED: September 11, 2021                    /s/John J. Menchaca
                                             John J. Menchaca, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**835 Wilshire Boulevard, Suite 300, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*) **NOTICE OF (1) CONDUCTING OF CONTINUED §341(a) MEETING OF CREDITORS BY ZOOM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 11, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On September 11, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**

Rene Joseph Blancas De Blanco
PO Box 931447
Los Angeles, CA 90093

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/11/2021 | Imelda Gaeta | /s/ Imelda Gaeta |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Katie E Hankard on behalf of Creditor American Express National Bank c/o Zwicker & Associates, P.C.
bknotices@zwickerpc.com, bknotices@zwickerpc.com

John J Menchaca (TR)
jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com

Lane M Nussbaum on behalf of Interested Party All Counties Trustee Service, Inc.
lnussbaum@nussbaumapc.com, info@nussbaumapc.com

Lane M Nussbaum on behalf of Interested Party Creative Investment Inc.
lnussbaum@nussbaumapc.com, info@nussbaumapc.com

Valerie Smith on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**